IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JUSTIN WAYNE BEEBE,

    Petitioner,                     No. 2:11-cv-2241 KJN P

    vs.

F. CHAVEZ, Warden, et al.,

    Respondents.              ORDER

_____/

       Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner has not, however, filed an in forma pauperis affidavit or paid the required filing fee ($5.00).  <u>See</u> 28 U.S.C. §§ 1914(a); 1915(a).  Therefore, petitioner will be provided the opportunity to either submit the appropriate affidavit in support of a request to proceed in forma pauperis or submit the appropriate filing fee.

       In accordance with the above, IT IS HEREBY ORDERED that:

       1. Petitioner shall submit, within thirty days from the date of this order, an affidavit in support of his request to proceed in forma pauperis or the appropriate filing fee; petitioner's failure to comply with this order will result in the dismissal of this action; and

////

////

1

1          2.  The Clerk of the Court is directed to send petitioner a copy of the in forma
2  pauperis form used by this district.
3  DATED: September 2, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

7  beeb2241.101a