IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JUSTIN WAYNE BEEBE,

    Petitioner,               No. 2:11-cv-2241 KJN P

   vs.

F. CHAVEZ, Warden, et al.,        ORDER

    Respondents.

_____/

      On September 22, 2011, petitioner consented to proceed before the undersigned for all purposes. See 28 U.S.C. § 636(c). By an order filed September 6, 2011, petitioner was ordered to file a new application to proceed in forma pauperis within thirty days and was cautioned that failure to do so would result in a recommendation that this action be dismissed. The thirty day period has now expired, and petitioner has not responded to the court's order and has not filed an application to proceed in forma pauperis, or paid the filing fee. Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice.

DATED: October 18, 2011

                                               _/s/ Kendall J. Newman_
                                               KENDALL J. NEWMAN
                                               UNITED STATES MAGISTRATE JUDGE

beeb2241.fff